# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMIE E. STRASSER,**

    **Plaintiff,**

v.                                                                          Case No. 22-CV-1398

**CHARLES LARSON,** *et al.***,**

    **Defendants.**

## ORDER

On July 19, 2023, defendant Carol Radovich filed a motion for summary judgment on the merits. (ECF No. 30.) That same day the court issued a notice and order informing *pro se* plaintiff Jamie E. Strasser that he had until August 18, 2023, in which to file a response to Radovich's motion. (ECF No. 34.) The court cautioned Strasser that, if by that date he did not respond to the motion or file a letter explaining why he was unable to do so, the court would accept all facts asserted by Radovich as undisputed.

On August 22, 2023, Strasser filed a motion for an extension of time to respond to the defendants' discovery requests. (ECF No. 35.) The court granted that motion and in the process also gave Strasser until October 18, 2023, in which to file a response to the summary judgment motion. (ECF No. 37.) On October 31, 2023, Strasser filed a letter stating he was unaware that Radovich had filed a motion for summary judgment. (ECF No. 39.) Therefore, on November 1, 2023, the court gave

Strasser until December 1, 2023, in which to respond to the summary judgment motion and sent him a copy of Radovich's motion and supporting materials. (ECF No. 40.)

The deadline has passed and Strasser has not filed a response to Radovich's motion. As such, the court will construe the motion as unopposed. The court has reviewed Radovich's motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that she is entitled to summary judgment on the merits. Radovich is dismissed from the case.

**IT IS THEREFORE ORDERED** that Radovich's motion for summary judgment (ECF No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Radovich is **DISMISSED** from this case.

Dated at Milwaukee, Wisconsin this 13th day of December, 2023.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge